**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JAMES WATSON,

Plaintiff,                                                                 Case No.:  1:23-cv-23921-BBReyes

vs.

QUICKIE'S BURGERS & WINGS, INC.,
d/b/a Quickies Burgers & Wings,

Defendant.
_____/

**NOTICE OF SETTLEMENT**

Defendant hereby files this Notice of Settlement, informing the Court that this matter has been resolve and anticipating that the necessary settlement documents will be completed and filed with the Court within twenty (20) days

Dated:  November 21, 2023                           Respectfully submitted,

                                                                        s/Jonathan S. Minick
                                                                        Jonathan S. Minick, Esq.
                                                                        FBN:  88743
                                                                        E-mail:  jminick@jsmlawpa.com
                                                                        Jonathan S. Minick, P.A.
                                                                        169 E. Flagler Street, Suite 1600
                                                                        Miami, Florida 33131
                                                                        Phone:  (786) 441-8909
                                                                        Facsimile:  (786) 523-0610
                                                                        Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

J. Courtney Cunningham, Esq.
FBN: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com
*Counsel for Plaintiff*
Service via CM/ECF